**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
CHRISTOPHER P. BRANDES, STATE BAR NO. 282801
cb@brockgonzales.com
FRANCISCO J. RAMOS, STATE BAR NO. 332619
fr@brockgonzales.com

**Attorneys for Plaintiff**
SENEE ROBINSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENEE ROBINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 21-CV-00888-WHO**<br>Judge: Hon. William H. Orrick<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///
///

1
[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

## ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 22, 2021



The Honorable William H. Orrick
United States District Court Judge

2
[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE